```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

NORDETEK ENVIRONMENTAL, INC.,   :    CIVIL ACTION
et al.                          :
                                :
        v.                      :
                                :
RDP TECHNOLOGIES, INC.          :    NO. 09-4714

ORDER

AND NOW, this 8th day of January, 2010, upon consideration of defendant's motion for preliminary injunction (docket entry # 6), plaintiffs' motion for preliminary injunction (docket entry # 7), the parties' briefs, supplemental briefs and exhibits, and the testimony and arguments at the hearing on December 17 and 18, 2009, and upon the findings of fact and conclusions of law detailed in the accompanying Memorandum, it is hereby ORDERED that:

    1.   Defendant's motion for preliminary injunction (docket entry # 6) is GRANTED IN PART;

    2.   Plaintiffs' motion for preliminary injunction (docket entry # 7) is DENIED;

    3.   Defendant shall FORTHWITH POST security in accordance with Fed. R. Civ. P. 65(c) in the amount of $22,440;

    4.   Upon defendant's posting of security and until September 17, 2011, Paul Christy and anyone with actual notice of this Order who is in active concert or participation with him,

including, without limitation, Nordetek Environmental, Inc., are PRELIMINARILY ENJOINED from competing with RDP Technologies, Inc. anywhere in the United States; and

    5.    Upon defendant's posting of security and until September 17, 2011, Paul Christy and anyone with actual notice of this Order who is in active concert or participation with him, including, without limitation, Nordetek Environmental, Inc., are PRELIMINARILY ENJOINED from selling water treatment equipment and providing the engineering services necessary to design and install such equipment anywhere in the United States.

                              BY THE COURT:

                              /s/ Stewart Dalzell, J.